KEVIN V. RYAN (SBN 118321)
United States Attorney
JAY R. WEILL (SBN 75434)
Chief, Tax Division
DAVID L. DENIER (SBN 95024)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6888
    Facsimile:   (415) 436-6748
    Email:      dave.denier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 3/15/07*

| | |
|---|---|
| UNITED STATES OF AMERICA and RASHIDAH K. ALI-GIBSON, Revenue Officer,<br><br>                  Petitioners,<br><br>   v.<br><br>JACKIE YUI-FAI HUEN & BIK HOK CHOI,<br><br>                  Respondents. | No. C 06-7366 RMW<br>**E-FILING CASE**<br><br><br>**APPLICATION AND []<br>ORDER OF DISMISSAL** |

      Petitioners United States of America and Rashidah K. Ali-Gibson hereby advise the Court that they no longer seek enforcement of the summons that is the subject matter of this action and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                                    Respectfully submitted,

                                                    KEVIN V. RYAN
                                                  United States Attorney

Dated: February 15, 2007                           /S/
                                               DAVID L. DENIER
                                             Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[] ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __15__ day of March, 2007, at San Jose, California.

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge